Form a0asgncl

# United States Bankruptcy Court
## Southern District of Ohio
### 120 West Third Street
### Dayton, OH 45402–1819

---

In Re: Lonnie G Thatcher
      Connie L Thatcher
          Debtor(s)

SSN/TAX ID:
    xxx–xx–1006
    xxx–xx–8309

Case No.: 3:10–bk–33984

Chapter: 13

Judge: Guy R Humphrey

---

## NOTICE OF FILING TRANSFERRED OR ASSIGNED PROOF(S) OF CLAIM

A transfer/assignment of claim(s) was filed in the above proceeding by Capital One NA for the transfer of a claim originally filed by HSBC Bank Nevada NA.

The transfer/assignment designates Capital One NA as the transferor and HSBC Bank Nevada NA as the transferee.

Notice is given that:

The deadline to file a written objection to the transfer/assignment of the proof(s) of claim is November 13, 2012. If no objection is filed, the transferee shall be substituted for the transferor in accordance with Bankruptcy Rule 3001(e)(2).

Dated: October 23, 2012

FOR THE COURT:
Kenneth Jordan
Clerk, U.S. Bankruptcy Court